553

Opinion by JOHNSON, J. In accordance with rule 5 (b) of the rules of this court, as amended, effective July 1, 1955, the protest was dismissed for lack of prosecution.

**No. 60920.**—Scanlan Wool Co., Inc. *v.* United States, protest 289439–K (New York).

Opinion by JOHNSON, J. In accordance with rule 5 (b) of the rules of this court, as amended, effective July 1, 1955, the protest was dismissed for lack of prosecution.

**No. 60921.**—J. H. Brown *v.* United States, protest 202567–K (El Paso).

Opinion by DONLON, J. The protest was dismissed as untimely.

**No. 60922.**—Swift & Co. *v.* United States, protest 224292–K (El Paso).

Opinion by DONLON, J. The protest was dismissed as untimely.

**No. 60923.**—Markel, Inc. *v.* United States, protest 224293–K (El Paso).

Opinion by DONLON, J. The protest was dismissed as untimely.

**No. 60924.**—Brown, Alcantar & Brown, Inc. *v.* United States, protest 245469–K (El Paso).

Opinion by DONLON, J. The protest was dismissed as untimely.

JUNE 19, 1957

**No. 60925.**—SUIT 4903.—United States *v.* Alltransport, Incorporated.—C. D. 1807 affirmed April 30, 1957. C. A. D. 653.